IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER KOSACHUK, | * |
| Plaintiff, | * |
| v. | Case No.  5:25-cv-00090-CAR |
| | * |
| ASTRID GABBE et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk